[Docket No. 10]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | | |
|---|---|---|
| MATTHEW DISANTO, | : | |
| | : | Civil Action No. 07-998 (RMB) |
| Plaintiff, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| UNITED HEALTHCARE INSURANCE | : | |
| COMPANY, A DIVISION OF UNITED | : | |
| HEALTH GROUP COMPANY et al, | : | |
| | : | |
| Defendants. | : | |

THIS MATTER having come before the Court upon a motion by Defendants for summary judgment; and the Court having considered the moving papers, and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS hereby **ORDERED** that the Defendants' motion for summary judgment is **GRANTED**.


Dated: November 30, 2007         s/Renée Marie Bumb
                                 RENÉE MARIE BUMB
                                 United States District Judge